IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01634-PSF-MJW

JESUS ACEVEDO-RODRIGUEZ; and
FRANCISCO MARTINEZ-BRITO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT FOR HOMELAND SECURITY,

    Defendant.

## ORDER REQUESTING RESPONSE

THIS MATTER is before the Court on the Complaint for Declarative and Injunctive Relief (Dkt. # 1). The government is DIRECTED to file its response in this matter no later than **September 23, 2005.**

    DATED: August 26, 2005

                              BY THE COURT:

                              s/ Phillip S. Figa

                              _____
                              Phillip S. Figa
                              United States District Judge