IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01634-PSF-MJW

JESUS ACEVEDO-RODRIGUEZ; and
FRANCISCO MARTINEZ-BRITO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT FOR HOMELAND SECURITY,

    Defendant.

## ORDER SETTING STATUS AND SCHEDULING CONFERENCE

A status and scheduling conference is hereby SET for **May 22, 2006 at 9:00 a.m.** before the undersigned. The parties shall confer and file by May 15, 2006 a joint statement of the disputed factual and legal issues, any suggested method for resolving them, what discovery if any is necessary and the desired length of any hearing on any legal or evidentiary issues, which hearing may be set at the status conference.

In light of the suspension from practice of the plaintiffs' attorney on April 14, 2006 by Colorado's Presiding Disciplinary Judge as directed by Colorado Supreme Court and this Court's imposition of reciprocal discipline pursuant to D.C.COLO.LCivR 83.3E and D.C.COLO.LCrR 57.5E, plaintiffs are directed to have new counsel contact defendant's counsel and enter their appearance within 20 days if plaintiffs do not desire to proceed *pro se.*

Immediately upon receipt of this Order, Michael A. Walker is DIRECTED to deliver a copy of this Order to plaintiffs forthwith.  Thereafter, Michael A. Walker will be deemed terminated as counsel of record in this matter.

DATED:  April 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge