IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01634-PSF-MJW

JESUS ACEVEDO-RODRIGUEZ; and
FRANCISCO MARTINEZ-BRITO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT FOR HOMELAND SECURITY,

    Defendant.

## ORDER RESETTING STATUS AND SCHEDULING CONFERENCE

    This matter is before the Court on Plaintiff Francisco Martinez-Brito's Unopposed Motion for Extension of Time, filed May 15, 2006 (Dkt. # 6).  The motion is GRANTED and the Status and Scheduling Conference set for Monday May 22, 2006 is VACATED and RESET for **Wednesday, June 28, 2006 at 8:15 a.m.**

    DATED: May 18, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge