IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01634-PSF-MJW

JESUS ACEVEDO-RODRIGUEZ; and
FRANCISCO MARTINEZ-BRITO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT FOR HOMELAND SECURITY,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff Jesus Acevedo-Rodriguez's handwritten submission, which the Court construes as a Motion for Clarification (Dkt. # 10), filed June 28, 2006. In his motion, Mr. Acevedo-Rodriguez notes that he missed the scheduling conference held on June 28, 2006, and requests that the Court "advise what is next and what options he has available to him now."

Plaintiff's Motion for Clarification is GRANTED. The Court dismissed this case without prejudice on June 28, 2006. Plaintiff Jesus Acevedo-Rodriguez and Plaintiff Francisco Martinez-Brito are therefore allowed to refile their suit, individually or

together, seeking information under the Freedom of Information Act if circumstances support such a suit.

DATED: July 3, 2006

BY THE COURT:

*s: Phillip S. Figa*
Phillip S. Figa
United States District Judge